IN THE MATTER OF THE PETITION OF WILLIAM WILLIAMSON, Jr.,
TO VACATE AN ASSESSMENT.

(Argued April 27, 1875; decided May 25, 1875.)

REPORTED below, 3 Hun, 65.

*E. O. Andrews* for the appellant.

*William Barnes* for the respondent.

Agree to affirm.   No opinion.
All concur.
Order affirmed.

---

DUDLEY R. TERRETT, Respondent, and JOHN ROONEY, Appel-
lant, *v.* JAMES CROMBIE et al., Appellants.

(Argued February 27, 1875; decided May 25, 1875.)

THIS was an appeal from an order of General Term affirm-
ing an order of Special Term modifying and refusing to
vacate an *ex parte* order in execution of the judgment of
this court herein.   The facts were quite complicated, and no
question of general interest was presented.

*Samuel Hand* for the appellants.

*James Emott* for the respondent.

ALLEN, J., reads for affirmance.
All concur.
Judgment affirmed.   ·